IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02558-BNB

JOHNNY L. REYNOLDS,

    Plaintiff,

v.

DIRECTOR(S), COLORADO DEPARTMENT OF CORRECTIONS, et al.,
WARDEN(S), LIMON CORRECTIONAL FACILITY,
MICHAEL LIND, Captain #3620,
CORDOVA, Lt. #3191,
JONI CORCORAN, Lt. #12916,
GISELA WALKER, P.A. #3243,
ANTHONY DECESARO, Step III Grievance Officer, and
JOHN REILLY, Correctional Industries Supervisor,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion for Extention [sic] of Time to Comply and Second Request for Order of Protection" (ECF No. 18).  The motion is **granted in part and denied in part**, as follows.

    Plaintiff shall file his second amended complaint in compliance with the directives in the Court's November 6, 2012 Order **on or before January 21, 2012**.  **No further extensions will be granted absent a showing of just cause.   A motion for extension of time filed more than two weeks before the deadline will not be considered.**

    Plaintiff's second request for order of protection is denied for the reasons set forth in the November 16, 2012 Order Denying Motion for Preliminary Injunctive Relief (ECF No. 17).

Dated:  November 26, 2012