**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02558-PAB-KMT

JOHNNY L. REYNOLDS, #133703,

 Plaintiff,

v.

DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS,
MICHAEL LIND, Captain #3620,
CORDOVA, Lieutenant #3191,
JONI CORCORAN, Lieutenant #12916, and
JOHN REILLY, Correctional Industries Supervisor,

 Defendants.

---

**FINAL JUDGMENT**

---

 In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 60] of Judge Philip A. Brimmer entered on March 12, 2014, it is

 **ORDERED** that the Recommendation of United States Magistrate Judge Kathleen M. Tafoya [Docket No. 59] is **ACCEPTED**. It is

 **FURTHER ORDERED** that defendants' Motion to Dismiss [Docket No. 44] is GRANTED. It is

 **FURTHER ORDERED** that plaintiff JOHNNY L. REYNOLDS shall recover nothing. It is

**FURTHER ORDERED** that judgment shall enter in favor of defendants DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS; MICHAEL LIND; CORDOVA, LIEUTENANT #3191; JONI CORCORAN; and JOHN REILLY and against plaintiff JOHNNY L. REYNOLDS.  It is

**FURTHER ORDERED** that the Defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

**FURTHER ORDERED** that this case is CLOSED.

Dated at Denver, Colorado this 14th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/ Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk